UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTOINE WAINWRIGHT,<br><br>     Plaintiff,<br><br>v.<br><br>DONALD HULICK, ALAN UCHTMAN, MAJOR WINE, S.P. FURLOW, MAJOR REDNOW, MAJOR INMAN, LT. KORANDO, LAWRENCE KANIA, TERRY HASEMEYER, JASON VASQUEZ and ALLEN MARTIN,<br><br>     Defendants. | Case No. 06-cv-402-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  June 16, 2008**                              **NORBERT JAWORSKI**

                                                                                          **By:/Deborah Agans,**
                                                                                              **Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                         **J. PHIL GILBERT**
                         **DISTRICT JUDGE**